ORDERED.

Dated: May 17, 2017

_____
**Paul Sala, Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | (Chapter 7 Case) |
| NAKOMIS CECELIA PARMELY, | No. 2:16-bk-09347-PS |
| Debtor. | **ORDER APPROVING TRUSTEE'S APPLICATION TO COMPROMISE CLAIM** |

This matter having come on for consideration upon the Application to Compromise Claim filed by Brian J. Mullen, Trustee, and good cause appearing therefor;

The Court hereby **FINDS** that:

A. The relief requested by the Trustee in the Application is in the best interest of Estate, creditors, and other parties in interest;

B. The Settlement is reasonable and in the best interests of Estate, creditors, and other parties in interest;

C. Due and proper notice of the Application has been given and no further notice need be provided; and

D. No objections to the Application were timely filed or received.

Based upon the foregoing and good cause appearing therefor:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:**

1. The Application is granted in its entirety;

2. The Court authorizes Brian J. Mullen, Trustee, to compromise the lien avoidance action and adversary no. 2-17-ap-00159-PS against Flagship Credit Acceptance, LLC. and relating to Debtor's

2008 Mercedes VIN Ending in 5530 ("Vehicle"), as follows:

Flagship Credit Acceptance, LLC ("Flagship") shall remit the sum of $9,500.00 payable to "Brian J. Mullen, Trustee" ("Settlement Amount"), within fourteen (14) days of the later of the entry of this Order or the receipt of a fully executed W-9 from the Trustee.

Upon receipt of the Settlement Amount, the Estate's interest in Vehicle shall be deemed satisfied and Flagship shall retain its Lien on the Vehicle.

The Estate's interest in the Vehicle shall be deemed abandoned.

Flagship shall be entitled to file a proof of claim for a general unsecured claim for the sum of $9,500.00 within thirty (30) days of the entry of this Order or the last date to file claims, whichever is later.

Upon receipt of the Settlement Amount, the Trustee shall notice the dismissal of the Adversary Case No. 2-17-ap-00159-PS.

**DATED AND SIGNED ABOVE**